**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

KLASSIC HAWKINS,

                Plaintiff,

    -against-

HESS RETAIL STORES LLC,

                Defendant.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 21 2020

ORDER

19 Civ. 5932 (GBD)

GEORGE B. DANIELS, United States District Judge:

The May 12, 2020 conference is adjourned to July 14, 2020 at 9:45 a.m.

Dated: New York, New York
       April 21, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge