UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
KLASSIC HAWKINS,        :
                        :
                        :
           Plaintiff,   :          ORDER
                        :
    -against-           :          19 Civ. 5932 (GBD)
                        :
HESS RETAIL STORES LLC, :
                        :
           Defendant.   :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    The July 14, 2020 conference is adjourned to November 10, 2020 at 9:45 a.m.

Dated: New York, New York        SO ORDERED.
      June 30, 2020

                                                        _George B. Daniels_
                                                      GEORG B. DANIELS
                                                      United States District Judge