UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
KLASSIC HAWKINS, :
 :
                    Plaintiff, :
 : 19-CV-5932 (JPC)
    -v- :
 : ORDER
HESS RETAIL STORES LLC, :
 :
                   Defendant. :
 :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    The Court referred this case for mediation on November 12, 2020 and requested that mediation not occur until January 9, 2021 or later.  (Dkt. 17.)  Within one week of the filing of this Order, the parties shall submit a joint letter updating the Court on the status of mediation.

    SO ORDERED.

Dated: March 8, 2021
       New York, New York
                                             JOHN P. CRONAN
                                             United States District Judge