```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
KLASSIC HAWKINS,                                                   :
                                                                   :
                        Plaintiff,                                 :
                                                                   :           19-CV-5932 (JPC)
        -v-                                                        :
                                                                   :           ORDER
HESS RETAIL STORES LLC,                                            :
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 11, 2021, the parties filed a joint letter stating that mediation was expected to occur in April 2021. Dkt. 21. Within one week of the filing of this Order, the parties shall submit a joint letter updating the Court on the status of mediation.

SO ORDERED.

Dated: May 7, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge