```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
KLASSIC HAWKINS,                                                   :
                                                                   :
                              Plaintiff,                           :    19 Civ. 5932 (JPC)
                                                                   :
              -v-                                                  :          ORDER
                                                                   :
HESS RETAIL STORES LLC,                                            :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

As discussed at the conference earlier today, the parties should be ready for trial in this case on November 8, 2021. The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

The joint proposed pretrial order and all other required pretrial filings shall be filed in accordance with 7.B-C of the Court's Individual Rules and Practices in Civil Cases by October 8, 2021. Any opposition to a motion *in limine* shall be filed by October 15, 2021. Parties should submit courtesy copies in accordance with 7.F of the Court's Individual Rules and Practices in Civil Cases by November 3, 2021. The parties shall appear for a final pretrial conference on November 1, 2021 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.

SO ORDERED.

Dated: June 21, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge