UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KLASSIC HAWKINS,

                Plaintiff,                              19 Civ. 5932 (JPC)

           -v-                                            ORDER

HESS RETAIL STORES LLC,

                Defendant.
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The parties should be ready for trial to begin in this case on November 9, 2021.  Counsel for all parties are hereby directed to appear before the undersigned for a status conference on August 31, 2021 at 10:00 a.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

        SO ORDERED.

Dated: August 26, 2021
       New York, New York

                                                          JOHN P. CRONAN
                                                 United States District Judge